IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MICHAEL JOSEPH MASON,**

    Plaintiff,

v.                                      **CASE NO. 4:05-cv-00418-SPM-AK**

**TAYLOR COUNTY BOARD OF COMMISSIONERS,**

    Defendant.
_____/

## O R D E R

This matter is before the Court on Plaintiff's letter/motion to dismiss his complaint. (Doc. 5). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and this cause **DISMISSED WITH PREJUDICE**. The Court adds that none of the relief Plaintiff wants in addition to the dismissal of his suit can be provided to him. His complaint set forth no viable claims, the defendant was not served, and therefore, this Court lacks jurisdiction to direct the defendant to do anything.

    **DONE AND ORDERED** this  17th  day of November, 2005

                              *s/ A. KORNBLUM*
                              **ALLAN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**